AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ebel, David M. | Tenth Circuit Court of Appeals | 06/21/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Senior) | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

Byron White U.S. Courthouse
1823 Stout Street
Room 109L
Denver, CO 80257

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Public Employees Retirement Association (PERA) -- retirement |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Select Energy Service Fd. (See Note 1) (Y) | | | | | | | | | |
| 2. EYEris Inc. Class A Common Stock (Y) | | | | | | | | | |
| 3. EYEris Inc. Class B Common Stock (Y) | | | | | | | | | |
| 4. Janus Henderson Growth & Income Fund D Shares (See Note 2) | A | Dividend | | | Buy (add'l) | 01/06/17 | K | | |
| 5. | | | | | Sold (part) | 01/24/17 | K | | |
| 6. | | | | | Sold (part) | 04/11/17 | K | B | |
| 7. | | | | | Sold | 05/23/17 | K | B | |
| 8. Fidelity U.S. Gov't Reserves (See Note 3) (Y) | | | | | | | | | |
| 9. Fidelity Emerging Markets Fd. (See Note 4) (Y) | | | | | | | | | |
| 10. Fidelity Value Fd. (Y) | | | | | Sold | 05/05/17 | J | D | |
| 11. Fidelity Diversified Int'l Fd. (See Note 5) (Y) | | | | | | | | | |
| 12. Janus Henderson Short Term Bond Fund F/K/A Janus Short Term Bond Fd. D | A | Dividend | | | Sold | 12/11/17 | J | A | |
| 13. Janus Henderson Mid Cap Valud Fund D F/K/A Perkins Mid-Cap Value Fd. D | | None | | | Sold (part) | 01/24/17 | K | B | |
| 14. | | | | | Sold (part) | 04/11/17 | K | B | |
| 15. | | | | | Sold | 05/23/17 | J | A | |
| 16. Fidelity Int'l Small Cap Fd. (See Note 6) (Y) | | | | | | | | | |
| 17. Fidelity Contra Fd. (See Note 7) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northwestern Mutual Modified Whole Life Policies | E | Interest | M | T | | | | | |
| 19. Mass. Mutual Whole Life Policy | C | Interest | K | T | | | | | |
| 20. Thrivant Lutheran Brotherhood Whole Life Policy | B | Interest | K | T | | | | | |
| 21. Janus Henderson Enterprise Fund D Shares F/K/A Janus Enterprise Fund D | A | Dividend | | | Sold | 05/23/17 | M | D | |
| 22. Fidelity Environmental and Alternative Energy (See Note 8) (Y) | | | | | | | | | |
| 23. Janus Henderson Fund D shares F/K/A/ Janus Fund D | A | Dividend | | | Sold | 04/28/17 | J | A | |
| 24. Fidelity Select Natural Resources (See Note 9) (Y) | | | | | | | | | |
| 25. Open Intelligence Software Group, Inc. Class A Common Stock | A | Dividend | J | U | | | | | |
| 26. CVS Health Corp (See Note 10) (Y) | | | | | | | | | |
| 27. Medallion Resources (See Note 11) (Y) | | | | | | | | | |
| 28. Fidelity Acct. Individual (Y) | | | | | | | | | |
| 29. Costco Wholesale Corp (COST) (Y) | | | | | | | | | |
| 30. IRA #1 (H) | | | | | | | | | |
| 31. - Janus Henderson Money Market Fund D Shares (See Note 12) | A | Interest | J | T | Sold (part) | 01/06/17 | L | | |
| 32. | | | | | Buy (add'l) | 01/24/17 | L | | |
| 33. | | | | | Buy (add'l) | 04/11/17 | L | | |
| 34. | | | | | Sold (part) | 04/25/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 05/23/17 | L | | |
| 36. | | | | | Buy (add'l) | 08/21/17 | K | | |
| 37. | | | | | Sold (part) | 10/04/17 | K | | |
| 38. | | | | | Sold (part) | 12/29/17 | J | | |
| 39. - Janus Henderson Global Technology Fund D Shares (See Note 13) | D | Dividend | M | T | Sold (part) | 08/21/17 | K | B | |
| 40. | | | | | Buy (add'l) | 10/04/17 | K | | |
| 41. | | | | | Buy (add'l) | 12/11/17 | K | | |
| 42. - Janus Henderson Emerging Markets Fund D Shares | B | Dividend | K | T | Buy | 06/09/17 | L | | |
| 43. | | | | | Sold (part) | 12/11/17 | K | B | |
| 44. - Janus Henderson Research Fund D Shares | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 45. | | | | | Sold (part) | 08/21/17 | J | A | |
| 46. - Janus Henderson Overseas Fund D Shares | | None | | | Buy | 04/25/17 | L | | |
| 47. | | | | | Sold | 05/23/17 | L | B | |
| 48. - Janus Henderson Small Cap Value Fund D Shares | | None | | | Buy | 01/06/17 | J | | |
| 49. | | | | | Sold | 04/11/17 | J | A | |
| 50. - Janus Henderson Emerging Markets Fund D Shares | B | Dividend | | | Buy | 04/25/17 | L | | |
| 51. | | | | | Sold | 06/09/17 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Janus Henderson Diversified Alternatives Fund D Shares | | None | | | Buy | 01/06/17 | K | | |
| 53. | | | | | Sold | 04/11/17 | K | A | |
| 54. Brokerage (H) | | | | | | | | | |
| 55. - Amazon.Com Inc | | None | J | T | Buy (add'l) | 01/13/17 | J | | |
| 56. | | | | | Buy (add'l) | 02/03/17 | K | | |
| 57. | | | | | Sold (part) | 02/28/17 | K | A | |
| 58. | | | | | Sold (part) | 07/14/17 | K | D | |
| 59. - JP Morgan Chase & Co | A | Dividend | | | Sold | 05/05/17 | J | | |
| 60. - Nvidia Corp | A | Dividend | J | T | Sold (part) | 01/06/17 | J | D | |
| 61. | | | | | Sold (part) | 01/23/17 | J | B | |
| 62. | | | | | Buy (add'l) | 01/31/17 | J | | |
| 63. | | | | | Sold (part) | 03/27/17 | J | | |
| 64. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 65. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 66. | | | | | Sold (part) | 11/09/17 | J | B | |
| 67. - TJX Cos Inc (See Note 14) | | | | | | | | | |
| 68. - Spdr Gold Tr Gold Shs | | None | | | Sold (part) | 01/05/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 02/03/17 | J | | |
| 70. | | | | | Sold (part) | 03/06/17 | J | | |
| 71. | | | | | Sold (part) | 04/07/17 | J | | |
| 72. | | | | | Sold (part) | 04/26/17 | J | | |
| 73. | | | | | Sold (part) | 05/04/17 | J | | |
| 74. | | | | | Sold (part) | 06/06/17 | J | | |
| 75. | | | | | Sold (part) | 07/10/17 | J | | |
| 76. | | | | | Sold | 08/04/17 | J | | |
| 77. - Ishares Core S&P 500 ETF | A | Dividend | | | Sold | 04/18/17 | J | A | |
| 78. - Fidelity Nasdaq Composite Index | A | Dividend | | | Buy (add'l) | 03/09/17 | J | | |
| 79. | | | | | Sold | 04/18/17 | J | A | |
| 80. - Fidelity MSCI Finls Index ETF | | None | | | Sold | 01/24/17 | K | C | |
| 81. - AT&T | A | Dividend | | | Buy (add'l) | 03/30/17 | J | | |
| 82. | | | | | Sold | 04/21/17 | J | A | |
| 83. - Amgen Inc | | None | | | Sold | 01/12/17 | K | A | |
| 84. | | | | | Buy | 02/07/17 | J | | |
| 85. | | | | | Sold | 02/10/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Merck & Co Inc | | None | | | Sold | 02/10/17 | J | A | |
| 87. - Sector SPDR Tr Shs Ben Int Financial | A | Dividend | J | T | Buy | 04/24/17 | J | | |
| 88. | | | | | Buy (add'l) | 07/31/17 | J | | |
| 89. | | | | | Sold (part) | 08/29/17 | J | | |
| 90. - United States Steel Corp | | None | | | Buy | 04/26/17 | J | | |
| 91. | | | | | Sold | 05/02/17 | J | A | |
| 92. - Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 04/26/17 | J | | |
| 93. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 94. | | | | | Sold (part) | 08/21/17 | J | A | |
| 95. - Vanguard Index Fds Vanguard Small Cap Value | | None | | | Buy | 01/05/17 | J | | |
| 96. | | | | | Sold | 03/09/17 | J | A | |
| 97. - UTStarcom Holdings COM | | None | | | Buy | 03/31/17 | J | | |
| 98. | | | | | Sold | 04/18/17 | J | | |
| 99. - Snap Inc | | None | | | Buy | 03/06/17 | J | | |
| 100. | | | | | Sold | 03/28/17 | J | | |
| 101. - Sprouts Fmrk Mkt Inc | | None | | | Buy | 11/02/17 | J | | |
| 102. | | | | | Sold | 11/14/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Microsoft Corp | A | Dividend | | | Buy | 07/19/17 | J | | |
| 104. | | | | | Sold | 08/17/17 | J | | |
| 105. - Monsanto Co | | None | | | Buy | 01/18/17 | J | | |
| 106. | | | | | Sold | 01/20/17 | J | | |
| 107. - MEI Pharma Inc | | None | | | Buy | 05/30/17 | J | | |
| 108. | | | | | Buy (add'l) | 06/01/17 | J | | |
| 109. | | | | | Sold | 08/16/17 | J | A | |
| 110. - Meet Group Inc | | None | | | Buy | 03/30/17 | J | | |
| 111. | | | | | Sold | 05/15/17 | J | | |
| 112. - LAM Research Corp | A | Dividend | | | Buy | 04/24/17 | J | | |
| 113. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 114. | | | | | Sold | 08/09/17 | J | A | |
| 115. - Gilead Sciences Inc | A | Dividend | | | Buy | 08/29/17 | K | | |
| 116. | | | | | Sold | 10/31/17 | K | | |
| 117. - Flex Ltd Com | | None | | | Buy | 01/06/17 | J | | |
| 118. | | | | | Sold | 08/04/17 | J | A | |
| 119. - First Data Corp | | None | | | Buy | 09/12/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 121. | | | | | Sold | 12/21/17 | J | | |
| 122.  - Facebook Inc | | None | | | Buy | 01/18/17 | J | | |
| 123. | | | | | Buy (add'l) | 01/20/17 | J | | |
| 124. | | | | | Sold (part) | 08/21/17 | J | B | |
| 125. | | | | | Sold | 09/18/17 | J | B | |
| 126.  - Wisdon Tree Germany Hedged | A | Dividend | | | Buy | 02/10/17 | J | | |
| 127. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 128. | | | | | Sold | 08/02/17 | J | A | |
| 129.  - Ishares Inc Core MSCI Emerging Mkts | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 130.  - Boeing Co | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 131.  - Intel Corp | A | Dividend | K | T | Buy | 11/07/17 | J | | |
| 132. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 133.  - Petmed Express Inc (See Note 15) | A | Dividend | J | T | Buy (add'l) | 12/22/17 | J | | |
| 134.  - UnitedHealth Group | A | Dividend | J | T | Buy | 07/24/17 | J | | |
| 135.  - Fidelity Core Cash Management Account (Note 16) | A | Interest | K | T | | | | | |
| 136.  IRA #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - FDIC Insured Deposit at US Bank (See Note 17) | A | Interest | | | | | | | |
| 138. - Alphabet Inc | | None | K | T | Buy (add'l) | 03/30/17 | K | | |
| 139. | | | | | Sold (part) | 08/04/17 | K | C | |
| 140. - Fidelity Small Cap Enhanced Index Fund | | | | | Sold | 04/12/17 | J | A | |
| 141. - PowerShares Exchange Traded Fd Tr II | | | | | Sold (part) | 01/11/17 | K | C | |
| 142. | | | | | Sold | 01/27/17 | K | C | |
| 143. - Johnson & Johnson | A | Dividend | K | T | Sold (part) | 08/04/17 | J | B | |
| 144. - Fidelity Event Driven Opportunities Fund | | | | | Buy | 01/09/17 | K | | |
| 145. | | | | | Sold | 05/05/17 | K | A | |
| 146. - Fidelity Nasdaq Composite Index Fund | B | Dividend | K | T | Buy | 01/09/17 | K | | |
| 147. | | | | | Sold (part) | 04/12/17 | K | A | |
| 148. - Fidelity Small Cap Enhanced Index Fund | | | | | Sold | 04/12/17 | J | A | |
| 149. - Fidelity Europe Fund | A | Dividend | K | T | Buy | 04/26/17 | K | | |
| 150. | | | | | Buy (add'l) | 05/05/17 | K | | |
| 151. | | | | | Sold (part) | 06/22/17 | K | B | |
| 152. - Apple Inc (See Note 18) | A | Dividend | K | T | Buy (add'l) | 04/28/17 | K | | |
| 153. | | | | | Sold (part) | 08/04/17 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  - United Technologies Corp | A | Dividend | K | T | Buy | 09/14/17 | K | | |
| 155.  - Applied Materials Inc | | None | K | T | Buy | 12/20/17 | K | | |
| 156.  - Medtronic PLC | | None | K | T | Buy | 12/20/17 | K | | |
| 157.  IRA #3 (H) | | | | | | | | | |
| 158.  - Dodge & Cox Stock Fd. (See Note 19) | B | Dividend | K | T | Sold (part) | 08/21/17 | J | B | |
| 159.  - Dodge & Cox Balanced Fd. (See Note 20) | C | Dividend | K | T | Sold (part) | 04/25/17 | L | D | |
| 160. | | | | | Buy (add'l) | 08/21/17 | K | | |
| 161. | | | | | Sold (part) | 10/04/17 | K | B | |
| 162. | | | | | Sold (part) | 12/11/17 | K | C | |
| 163.  - Dodge & Cox Income Fd. (See Note 21) | A | Dividend | J | T | Sold (part) | 04/25/17 | K | B | |
| 164. | | | | | Buy (add'l) | 08/21/17 | K | | |
| 165. | | | | | Sold (part) | 10/04/17 | K | C | |
| 166.  - Dodge & Cox International Stock Fd (See Note 22) | B | Dividend | M | T | Buy (add'l) | 04/25/17 | L | | |
| 167. | | | | | Buy (add'l) | 10/04/17 | K | | |
| 168. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 169.  - Dodge & Cox Global Stock Fd (See Note 23) | | None | | | Buy (add'l) | 04/25/17 | K | | |
| 170. | | | | | Sold | 08/21/17 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. IRA #4 (H) | | | | | | | | | |
| 172. - Proshares Large Cap Core Plus ETF | A | Dividend | K | T | Buy | 05/24/17 | K | | |
| 173. - MFS Intl Diversification I Fund | B | Dividend | K | T | Buy | 05/24/17 | K | | |
| 174. - AIG Focused Div Strat A Fund | A | Dividend | K | T | Buy | 05/24/17 | K | | |
| 175. - Tweedy Brown Global Value Fund | A | Dividend | K | T | Buy | 05/24/17 | K | | |
| 176. - IShares Russell 3000 ETF | B | Dividend | K | T | Buy | 05/24/17 | K | | |
| 177. - Cambiar SMID Investor Fund | A | Dividend | K | T | Buy | 05/24/17 | K | | |
| 178. - AMG Yacktman I Fund | B | Dividend | J | T | Buy | 05/24/17 | J | | |
| 179. - Putnam Capital Spectrum Y Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 180. - Highland Global Allocation I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 181. - Western Asset Macro Opport I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 182. - Templeton Global Total Return Adv Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 183. - Legg Mason BW Alt Credit I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 184. - Invesco Balanced-Risk Alloc Y Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 185. - Loomis Sayles Srategic Inc Y Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 186. - EV MultiSector Inc I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 187. - Oakmark International I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Oppenheimer Developing Markets Y Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 189. - Dbx ETF Tr Xtrack Rusl 1000 | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 190. - Pimco Enhanced Shrt Mtrt Exc ETF | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 191. - FT North American Energy Infra | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 192. - Lord Abbett Flt Rt F Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 193. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 194. - WisdomTree TR EM Mkts Qtly Div ETF | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 195. - Goldman Sachs Strategic Inc I Fund | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 196. - Morgan Stanley Private Bank Money Market Account | A | Interest | J | T | Buy | 05/30/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ebel, David M. | 06/21/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Line 1 - Fidelity Select Energy Servide Fd. was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

2) Line 4 - Janus Henderson Growth and Income Fund D Shares was formerly know as Janus Growth & Income Fd. D

3) Line 8 - Fidelity U.S. Gov't Reserves was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

4) Line 9 - Fidelity Emerging Markets Fd was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

5) Line 11 - Fidelity Diversified Int'l Fd was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

6) Line 16 - Fidelity Int'l Small Cap Fd. was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

7) Line 17 - Fidelity Contra Fd was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

8) Line 22 - Fidelity Environmental and Alternative Energy was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

9) Line 24 - Fidelity Select Natural Resources was sold in a previous year and not reported in error. The Value Code was J and the Gain Code was B. This was an inadvertant error and did not raise any conflict of interest issues.

10) Line 26 - CVS Health Corp was sold 1/25/16 at a loss and this sale was not reported on my 2016 report. This was an inadvertant error and did not raise any conflict of interest issues.

11) Line 27 - Medallion Resources was sold 4/4/14 at a loss and this sale was not reported on my 2014 report. The value of this security was below the reporting threshold. This was an inadvertant error and did not raise any conflict of interest issues.

12) Line 31 - Janus Henderson Money Market Fund D Shares was reported on line 8 of my 2016 report and was formerly known as Janus Money Market Fd. D

13) Line 39 - Janus Henderson Global Technology Fund D shareswas formerly known as Janus Global Technology Fund

14) Line 67 - My 2016 reported a Part Sale on 11/17/16 for TJX Cos Inc but this should have been reported as a Sale. This was an inadvertant error and did not raise any conflict of interest issues.

15) Line 133 - Petmed Express Inc was reported on line 71 of my 2016 report

16) Line 135 - Fidelity Core Cash Management Account was reported on line 9 of my 2016 report and was formerly known as Fidelity Cash Reserves

17) Line 137 - FDIC Insured Deposit at US Bank was reported on line 56 of my 2016 report and was formerly known as US Bank

18) Line 152 - Apple Inc was reported on line 48 of my 2016 report

19) Line 158 - Dodge & Cox Stock Fd. was reported on line 18 of my 2016 report

20) Line 159 - Dodge & Cox Balanced Fd. was reported on line 22 of my 2016 report

21) Line 163 - Dodge & Cox Income Fd. was reported on line 23 of my 2016 report

22) Line 166 - Dodge & Cox International Stock Fd was reported on line 34 of my 2016 report

23) Line 169 - Dodge & Cox Global Stock Fd was reported on line 43 of my 2016 report

24) This report was prepared on my behalf by my accountant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Ebel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544